IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02556-KLM

JOHN MEGGS,

    Plaintiff,

v.

THORNTON ASSOCIATES PLAZA, LLC, doing business as Thornton Plaza, and GDLP RESTAURANT GROUP LLC, doing business as Wingstop #134,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff and GDLP Restaurant Group LLC's **Joint Stipulation of Dismissal With Prejudice** [#16] (the "Stipulation").  Pursuant to the self-effectuating Stipulation [#16],

    IT IS HEREBY **ORDERED** that the Clerk of Court shall remove Defendant GDLP Restaurant Group LLC from the electronic docket.  The case shall proceed as to Defendant Thornton Associates Plaza, LLC only.

    Dated:  December 2, 2022