# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02556-KLM

JOHN MEGGS,

    Plaintiff,

v.

THORNTON ASSOCIATES PLAZA,
LLC D/B/A THORNTON PLAZA.

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JOHN MEGGS, and Defendant, THORNTON ASSOCIATES PLAZA, LLC D/B/A THORNTON PLAZA., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this January 23, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Amanda H. Halstead* |
| ANTHONY J. PEREZ, ESQ. | AMANDA H. HALSTEAD |
| GARCIA-MENOCAL & PEREZ, P.L. | Mills Halstead & Zaloudek, LLC |
| 1600 Broadway | 600 Seventeenth Street, Suite 2800 |
| Denver, Colorado 80202 | Denver, Colorado 80202 |
| Telephone: (305) 553- 3464 | Telephone: (303)226-5861 |
| Email: ajperez@lawgmp.com | Email: ahh@mhzlegal.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant Thornton Associates Plaza, LLC* |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 23, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
bvirues@lawgmp.com;
dramos@lawgmp.com

By: /s/ Anthony J. Perez
     ANTHONY J. PEREZ

2