**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cv-02556-KLM

JOHN MEGGS,

    Plaintiff,

v.

THORNTON ASSOCIATES PLAZA,
LLC D/B/A THORNTON PLAZA.

    Defendant.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

    Plaintiff, JOHN MEGGS, and Defendant, THORNTON ASSOCIATES PLAZA, LLC D/B/A THORNTON PLAZA, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on February 10, 2023.

| | |
|---|---|
| */s/ Anthony J. Perez* <br> ANTHONY J. PEREZ, ESQ. <br> GARCIA-MENOCAL & PEREZ, P.L. <br> 1600 Broadway <br> Denver, CO 80202 <br> Telephone: (305) 553-3464 <br> Email: ajperez@lawgmp.com <br> *Attorney for Plaintiff* | */s/ Amanda H. Halstead* <br> AMANDA H. HALSTEAD <br> Mills Halstead & Zaloudek, LLC <br> 600 Seventeenth Street, Suite 2800 <br> Denver, Colorado 80202 <br> Telephone: (303)226-5861 <br> Email:  ahh@mhzlegal.com <br> *Attorneys for Defendant Thornton Associates Plaza, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on February 10, 2023.

          **GARCIA-MENOCAL & PEREZ, P.L.**
          *Attorneys for Plaintiff*
          1600 Broadway
          Denver, CO 80202
          Telephone: (305) 553-3464
          Facsimile: (305) 553-3031
          Primary E-Mail: ajperez@lawgmp.com
          Secondary E-Mail: dperaza@lawgmp.com
          bvirues@lawgmp.com


          By: ____/s/  Anthony J. Perez_____
                ANTHONY J. PEREZ